ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02721-MHP

| | |
|---|---|
| Hamilton v. Intel Corporation | Date Filed: 07/01/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Steve J. Hamilton**
*individually and on behalf of all other similarly situated*

represented by **Jeffrey F. Keller**
Law Officces of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107
(415) 543-1305
Fax: 415-543-7861
Email: jfkeller@kellergrover.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony D. Shapiro**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: tony@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Elaine T. Byszewski**
Hagens Berman LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213-330-7150
Fax: 213-330-7152
Email: elaine@hagens-berman.com
*ATTORNEY TO BE NOTICED*

**Kathleen R. Scanlan**
Law Offices of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107
415-543-1305

        Fax: 415-543-7861
        Email: kscanlan@jfkellerlaw.com
        *ATTORNEY TO BE NOTICED*

        **Lee M. Gordon**
        Hagens Berman Sobol Shapiro LLP
        700 South Flower Street
        Suite 2940
        Los Angeles, CA 90017-4101
        213/330-7150
        Fax: 213/330-7152
        Email: lee@hbsslaw.com
        *ATTORNEY TO BE NOTICED*

        **Steve W. Berman**
        Hagens Berman Sobol Shapiro LLP
        1301 Fifth Avenue
        Suite 2900
        Seattle, WA 98101
        206-623-7292
        Fax: 206-623-0594
        Email: steve@hbsslaw.com
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**     represented by    **Christopher B. Hockett**
        Bingham McCutchen LLP
        Three Embarcadero Center
        San Francisco, CA 94111-4067
        415-393-2000
        Fax: 415-393-2286
        Email: chris.hockett@bingham.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Joy K. Fuyuno**
        Bingham McCutchen LLP
        Three Embarcadero Center
        San Francisco, CA 94111-4067
        415-393-2000
        Fax: 415-393-2286
        Email: joy.fuyuno@bingham.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Julie Greenwald**
        Bingham McCutchen LLP
        Three Embarcadero Center

San Francisco, CA 94111
415/393-2000
Fax: 415/393-2286
Email: julie.greenwald@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | CLASS ACTION COMPLAINT; Jury Trial Demanded against Intel Corporation (Filing fee $ 250.00, receipt number 3373915.). Filed bySteve J. Hamilton. (gba, COURT STAFF) (Filed on 7/1/2005) Additional attachment(s) added on 8/2/2005 (gba, COURT STAFF). (Entered: 07/05/2005) |
| 07/01/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/28/2005. Case Management Conference set for 11/4/2005 01:30 PM. (Attachments: # 1 Standing Order CMC# 2 Standing Order #2)(gba, COURT STAFF) (Filed on 7/1/2005) (Entered: 07/05/2005) |
| 07/01/2005 |   | Summons Issued as to Intel Corporation. (gba, COURT STAFF) (Filed on 7/1/2005) (Entered: 07/05/2005) |
| 07/01/2005 |   | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 7/1/2005) (Entered: 07/05/2005) |
| 07/20/2005 | 3 | CLERK'S NOTICE TO PLAINTIFF RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by AUG. 3, 2005. (klh, COURT STAFF) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| 07/20/2005 | 4 | STIPULATION re 1 Complaint *and [Proposed] Order to Continue Filing Date for Defendant's Response to Plaintiff's Complaint* by Intel Corporation. (Greenwald, Julie) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| 07/21/2005 | 5 | CLERK'S NOTICE TO DEFENDANT INTEL RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by AUG. 4, 2005. (klh, COURT STAFF) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/21/2005 | 6 | STIPULATION AND ORDER TO CONTINUE FILING DATE FOR DFT'S RESPONSE TO PLA'S COMPLAINT. Signed by Judge Joseph C. Spero on 7/21/5. (klh, COURT STAFF) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/22/2005 | 7 | AFFIDAVIT of Service for Declaration of Service served on Intel Corporation (Gerome Jones, C.T. Corporation Systems, agent) on July 6, 2005, filed by Steve J. Hamilton. (Keller, Jeffrey) (Filed on 7/22/2005) (Entered: 07/22/2005) |
| 07/27/2005 | 8 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 |

|  |  |  |
|---|---|---|
|  |  | MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/27/2005 | 9 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: 1 (gba, COURT STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 10 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/26/2005 | 11 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/28/2005 | 12 | Proposed Order *to Stay Deadlines Pending MDL Decision* by Steve J. Hamilton. (Keller, Jeffrey) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/01/2005 | 13 | ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/31/2005. (awb, COURT-STAFF) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/08/2005 | 14 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 15 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 16 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 17 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/12/2006 06:08:34 | | |
| **PACER Login:** ud0037 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 3:05-cv-02721-MHP |
| **Billable Pages:** 2 | **Cost:** | 0.16 |