```
NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
JEFFERY F. KELLER (SBN 148005)
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 296-8892

ATTORNEY(S) FOR:  Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. HAMILTON, etc.<br><br>                Plaintiff,<br>V.<br>INTEL CORPORATION<br><br>                Defendant. | CASE NUMBER<br>C05-02721 JCS<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; U.S. DISTRICT COURT, SAN FRANCISCO, INFORMATION; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served             : INTEL CORPORATION

    By serving       : Gerome Jones, Authorized Agent

    Address          : C.T. Corporation System
                          818 W. 7th Street
                          Los Angeles, CA 90017

    Date of Service  : July 6, 2005

    Time of Service  : 2:40 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 11, 2005

```
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles                Signature: _____
Number 140
                                                  PAUL NAGLE
     171596
```