| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | STEVEN J. HAMILTON, individually and on behalf of all others similarly situated, | No. C 05 2721 MHP |
| 12 | | NOTICE OF APPEARANCE |
| 13 | Plaintiff, v. | |
| 14 | INTEL CORPORATION, a Delaware corporation, | |
| 15 | | |
| 16 | Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

PLAINTIFF(S) IN THIS ACTION:

    PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San Francisco, CA 94111, members of the State Bar of California admitted to practice before this Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation. In addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800, Washington, DC 20036, member of the Bar of the District of Columbia and the State Bar of

/ / /

Case No. C 05 2721 JCS

NOTICE OF APPEARANCE

SF/21627253.1

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant
2  Intel Corporation.
3  DATED: July 28, 2005
4
5                                    Bingham McCutchen LLP
6
7                             By:        /s/ Joy K. Fuyuno
                                        Joy K. Fuyuno
8                                    Attorneys for Defendant
                                        Intel Corporation
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26