Bingham McCutchen LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN J. HAMILTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, a Delaware corporation, <br><br> Defendant. | No. C-05-2721 <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Steven J. Hamilton and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,

1  have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
2  1407, and the above-styled action has been identified as a related action to that petition. As a
3  result the outcome of the pending petition will impact significantly the schedule of this case.
4         This is the first stipulation between the parties. Because this litigation has just
5  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
6  IT IS HEREBY STIPULATED.
   DATED: July 19, 2005
7

8                               Bingham McCutchen LLP
9

10
                          By: _____
11                                 JOY K. FUYUNO
                                   Attorneys for Defendant
12                                 Intel Corporation
13

14
                                Law Offices of Jeffrey F. Keller
15

16

17                        By: _____
                                   JEFFREY F. KELLER
18                                 Attorneys for Plaintiffs
                                   Steven J. Hamilton
19

20

21

22

23

24

25

26

                                          2
_____
              STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627223.1

[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July ____, 2005

_____
Honorable Joseph C. Spero
United States Magistrate Judge