OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 13, 2006

TO: Counsel of Record (See attached)

RE: IN RE INTEL CORPORATION, MDL 05-1717 JJF

Dear Counsel:

    This is to advise you that a certified copy of the Multi-District Conditional Transfer Order was docketed in this court on 12/6/05.

    The following action has been transferred to the District of Delaware:

Hamilton v. Intel Corp., C.A. No. 05-2721
USDC Delaware's civil action number 05-777 JJF

    The name and address of the Judge to whom this case has been assigned in this court is:

        The Honorable Joseph J. Farnan, Jr.
        United States Judge
        District of Delaware
        844 N. King St., Lockbox 27
        Wilmington, DE 19801

    Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

    Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

    Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

    Thank you.

                                       Sincerely,
                                         PETER T. DALLEO, CLERK

                                       __/s/_____
                                       Elizabeth Strickler
                                       Deputy Clerk

cc:     Honorable Joseph J. Farnan, Jr.
        Counsel on Attached Mailing List for 05-777 JJF